1  SCOTT N. SCHOOLS   (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
    Telephone:  (415) 436-6935

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,<br><br>    Petitioners,<br><br>  v.<br><br>MARGARET WATSON,<br><br>    Respondent. | Case No. C-07-4032-JCS<br><br><br><br>CONSENT TO PROCEED BEFORE A<br>UNITED STATE MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § Section 636(c), petitioners United States of America and Michael Filice, through the undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.


                                                           /s/
                                                  THOMAS MOORE
                                                  Counsel for Petitioners