# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

**CASE NO.  C 07-04032 JCS**

**CASE NAME:  UNITED STATES OF AMERICA v. MARGARET WATSON**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: October 19, 2007          **TIME: 4 mins** | **COURT REPORTER**: Kathy Wyatt |
| **COUNSEL FOR PLAINTIFF:** <br> Thomas Moore & Gurpreet Bal, Law Clerk | **COUNSEL FOR DEFENDANT:** <br> No Appearance |

**PROCEEDINGS:**                                           **RULING:**

**1.  OSC Re: Enforcement of IRS Summons**

_____

**ORDERED AFTER HEARING:**

**Letter of 9/21/7 from respondent and accompanying papers shall be filed.  Court to issue a Report and Recommendation.**

_____

**ORDER TO BE PREPARED BY:**        () Plaintiff        () Defendant        () Court

**CASE CONTINUED TO:**

_____

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: |
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing:     at 9:30 a.m. | | Pretrial Conference:        at 1:30 p.m. |

**Trial Date:**                at 8:30 a.m.  ()Jury  ()Court      Set for    days

_____

cc:       Chambers; Karen
* (T) = Telephonic Appearance