**United States District Court**

For the Northern District of California

1

2

3    UNITED STATES DISTRICT COURT

4    NORTHERN DISTRICT OF CALIFORNIA

5

6    UNITED STATES OF AMERICA,                    No.  C 07-04032 JCS

7              Plainitff(s),                      NOTICE OF IMPENDING
                                                  REASSIGNMENT TO A UNITED STATES
8         v.                                      DISTRICT JUDGE

9    MARGARET WATSON,

10             Defendant(s).

11   _____/

12

13        The Clerk of this Court will now randomly reassign this case to a United States District

14   Judge because:

15        []      One or more of the parties has requested reassignment to a United States District

16   Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

17        [X]     One or more of the parties has sought a type of judicial action (e.g., a temporary

18   restraining order) that a United States Magistrate Judge may not take without the consent of all

19   parties, the necessary consents have not been secured, and time is of the essence.

20        ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

21   SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE

22   JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

23

24   Dated:  October 30, 2007

25                                                Richard W. Wieking, Clerk
                                                  United States District Court
26                                                *Karen L. Hom*

27                                                By: Karen L. Hom
                                                  Courtroom Deputy
28   cc:  Intake