IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Petitioner,

  v.

MARGARET WATSON,

    Respondent.

                                    /

No. C 07-04032 CRB

**ORDER**

The Court has reviewed Magistrate Judge Joseph C. Spero's Report and Recommendation regarding enforcement of an Internal Revenue Service summons against Respondent Margaret Watson. The Court finds the Report well-reasoned and thorough, and adopts it in every respect. Accordingly, Petitioner's summons shall be ENFORCED and the Respondent shall appear for examination and provide the requested books, papers, records and data.

**IT IS SO ORDERED.**

Dated: November 16, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE