UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al,<br><br>    Plaintiff,<br><br>  v.<br><br>MARGARET WATSON et al,<br><br>    Defendant.<br>_____/ | Case Number: CV07-04032 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Margaret Watson
75 Ross Avenue
Apt. E
San Anselmo, CA 94901

Dated: November 26, 2007

                                    Richard W. Wieking, Clerk
                                    By: Barbara Espinoza, Deputy Clerk