JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
9th floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7017

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,**  **Petitioners,**  v.  **MARGARET WATSON,**  **Respondent.** | No. C-07-4032-CRB  **DECLARATION OF MICHAEL FILICE** |

I, Michael Filice, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

1. I am a Revenue Officer of the Internal Revenue Service of the United States Department of Treasury in San Rafael, California.

2. Gary Parodi, Margaret Watson's representative, appeared before me on February 20, 2008 and provided to me a financial statement signed by Ms. Watson, but did not produce the underlying financial records supporting the financial statement as required by the summons.

3. Ms. Watson has not appeared before to give testimony as required by the summons and the Court order enforcing the summons.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2008, San Rafael, California.

/s/ Michael Filice
MICHAEL FILICE
Revenue Officer

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**DECLARATION OF MICHAEL FILICE**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____  **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Margeret Watson
75 Ross Avenue
San Anselmo, CA 94960

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **February 27, 2008** at San Francisco, California.

            /s/Kathy Tat
            **KATHY TAT**
            **Legal Assistant**