JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,<br><br>  Petitioners,<br><br>  v.<br><br>MARGARET WATSON,<br><br>  Respondent. | No. C-07-4032-CRB<br><br><br><br><br>APPLICATION FOR ENTRY OF ORDER TO SHOW CAUSE RE: CONTEMPT |

On November 16, 2007 the Court entered an Order enforcing summons.  The respondent Margaret Watson was ordered by the Court to appear before Revenue Officer Michael Filice and to comply with the IRS summons served on her.  A representative of Ms. Watson provided the IRS with a financial statement, but the representative did not produce the underlying financial records which are required by the summons and the Order enforcing the summons.  Nor did Ms. Watson appear to testify before the IRS as required by the summons and the Order enforcing the summons.  Declaration of Michael Filice at ¶¶ 2-3.

///
///
///
///
///

1  Accordingly, the United States requests that the respondent be ordered to appear and
2 show cause before this Court, if any, why she should not be held in contempt for this failure to
3 comply with this Court's Order.

JOSEPH P. RUSSONIELLO
United States Attorney


/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Tax Division

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**APPLICATION FOR ENTRY OF ORDER TO SHOW CAUSE RE: CONTEMPT**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____   **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Margeret Watson
75 Ross Avenue
San Anselmo, CA 94960

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **February 27, 2008** at San Francisco, California.

                                                         /s/Kathy Tat
                                                         **KATHY TAT**
                                                         **Legal Assistant**