JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:  (415) 436-7017
  Fax:        (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,<br><br>      Petitioners,<br><br>  v.<br><br>MARGARET WATSON,<br><br>      Respondent. | NO. C-07-4032-CRB<br><br>**CERTIFICATE OF SERVICE** |

     I, **KATHY P. TAT** declare:

     That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

     I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

ORDER TO SHOW CAUSE RE: CONTEMPT - EFILED 3/3/08
to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X_   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in

Certificate of Service
C-07-4032-CRB                                 1

1  the designated area for outgoing U.S. mail in accordance with this office's practice.
2  ____ **PERSONAL SERVICE (BY MESSENGER)**
3  ____ **FACSIMILE (FAX)** No.: _____
4  to the parties addressed as follows:
5  Margeret Watson
   75 Ross Avenue
6  San Anselmo, CA 94960
7       I declare under penalty of perjury under the laws of the United States that the foregoing is
8  true and correct.
9       Executed on **March 3, 2008** at San Francisco, California.
10
11
                                    _____/s/ Kathy Tat_____
12                                  **KATHY P. TAT**
                                    **Legal Assistant**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28