JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASB 4305-O78T)
Assistant United States Attorney
Chief, Tax Division

9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7017
Fax: (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and MICHAEL FILICE, Revenue Officer,**  Petitioners, v. **MARGARET WATSON,** Respondent. | Case No. C-07-4032-CRB  **NOTICE OF DISMISSAL** |

COMES NOW the petitioner United States of America, by its undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and submits this Notice of Dismissal for the reasons that Margaret Watson has not served an answer and because she has complied with the summons at issue in this matter.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

# CERTIFICATE OF SERVICE

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**NOTICE OF DISMISSAL**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____    **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Margaret Watson
75 Ross Avenue, Apt. E
San Anselmo, CA 94901

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **March 14, 2008** at San Francisco, California.

                                          /s/ Kathy Tat
                                          **KATHY TAT**
                                          **Legal Assistant**